UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ADIL GASSIM AL-DABBI, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:18-cv-0751-KOB-TMP |
| U.S. ATTORNEY GENERAL, | ) |
| Respondent. | ) |

**MEMORANDUM OPINION**

On August 3, 2018, the magistrate judge filed a report and recommendation that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice, as duplicative of the petitioner's membership in a certified subclass in *Hamama v. Adducci*, 2:17-cv-11910-MAG-DRG (E.D.Mich.). (Doc. 8). To date, neither party has filed any objections.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. The court finds that the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C § 2241 is due to be DISMISSED WITHOUT PREJUDICE.

The court will enter a separate Final Order.

DONE and ORDERED this 29th day of August, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE